# UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MINNESOTA
### ST. PAUL DIVISION

| | | |
|---|---|---|
| In Re: | § § § | |
| THE TRIESCH GROUP, LLC | § § § | Case No. 18-32352 |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

John A. Hedback, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 392,512.43 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants: 1,047,737.11 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: 102,610.61 | |

3) Total gross receipts of $1,150,347.72 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $1,150,347.72 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $NA | $1,047,737.11 | $1,047,737.11 | $1,047,737.11 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 103,984.60 | 103,984.60 | 102,610.61 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 6,226.86 | 6,181.76 | 6,181.76 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 940,059.78 | 504,803.78 | 504,803.78 | 0.00 |
| **TOTAL DISBURSEMENTS** | $946,286.64 | $1,662,707.25 | $1,662,707.25 | $1,150,347.72 |

    4)  This case was originally filed under chapter 7 on 07/25/2018.  The case was pending for 34 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/07/2021     By:/s/John A. Hedback
                                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Service Station & Convenience Store | 1129-000 | 1,150,000.00 |
| XCEL ENERGY REFUND | 1229-000 | 347.72 |
| **TOTAL GROSS RECEIPTS** | | **$1,150,347.72** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | MCA RECOVERY LLC IN TRUST FOR | 4110-000 | NA | 10,000.00 | 10,000.00 | 10,000.00 |
| | STOEBNER & PUSCH CHART LAPP LIBRA | 4110-000 | NA | 154,172.00 | 154,172.00 | 154,172.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | WOODLANDS NATIONAL BANK | 4110-000 | NA | 783,748.76 | 783,748.76 | 783,748.76 |
|  | AEROTEK | 4120-000 | NA | 14,155.00 | 14,155.00 | 14,155.00 |
|  | DOOLEY PETROLEUM | 4120-000 | NA | 85,661.35 | 85,661.35 | 85,661.35 |
| TOTAL SECURED CLAIMS |  |  | $NA | $1,047,737.11 | $1,047,737.11 | $1,047,737.11 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| John A. Hedback | 2100-000 | NA | 38,620.38 | 38,620.38 | 38,620.38 |
| John A. Hedback | 2200-000 | NA | 1,406.40 | 1,406.40 | 940.36 |
| LTD. INTERNATIONAL SURETIES | 2300-000 | NA | 18.26 | 18.26 | 18.26 |
| CITY OF WYOMING | 2420-000 | NA | 1,730.33 | 1,730.33 | 1,730.33 |
| CSU PRODUCER RESOURCES INC | 2420-000 | NA | 161.00 | 161.00 | 161.00 |
| Axos Bank | 2600-000 | NA | 0.00 | 0.00 | 0.00 |
| CLERK OF BANKRUPTCY COURT | 2700-000 | NA | 181.00 | 181.00 | 121.02 |
| US TREASURY | 2810-000 | NA | 6,959.00 | 6,959.00 | 6,959.00 |
| CHISAGO COUNTY | 2820-000 | NA | 40,652.23 | 40,652.23 | 40,652.23 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MN DEPT OF REVENUE | 2820-000 | NA | 5,642.00 | 5,642.00 | 5,642.00 |
| CHERYL G WESLER | 3410-000 | NA | 2,355.00 | 2,355.00 | 1,574.62 |
| CHERYL G WESLER | 3420-000 | NA | 204.00 | 204.00 | 136.41 |
| CHICAGO TITLE INSURANCE CO | 3520-000 | NA | 6,055.00 | 6,055.00 | 6,055.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $NA | $103,984.60 | $103,984.60 | $102,610.61 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $NA | $NA | $NA | $NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | INTERNAL REVENUE SERVICE | 5800-000 | 6,226.86 | 6,181.76 | 6,181.76 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $6,226.86 | $6,181.76 | $6,181.76 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | 2,888.31 | 2,888.31 | 2,888.31 | 0.00 |
| 4 | BANKRUPTCY ESTATE OF DELBERT TRIESC | 7100-000 | NA | 249,000.00 | 249,000.00 | 0.00 |
| 5 | DEBBIE AND BOB STOFFEL | 7100-000 | 5,000.00 | 5,000.00 | 5,000.00 | 0.00 |
| 7 | EBY-BROWN COMPANY, LLC | 7100-000 | 17,819.39 | 17,819.39 | 17,819.39 | 0.00 |
| 1 | HALPERN LAW FIRM, PLLC | 7100-000 | 3,022.57 | 3,106.54 | 3,106.54 | 0.00 |
| 2 | ITRIA VENTURES LLC | 7100-000 | 158,903.47 | 158,903.47 | 158,903.47 | 0.00 |
| 6 | JORDAN TRIESCH | 7100-000 | 18,963.55 | 18,963.58 | 18,963.58 | 0.00 |
| 9 | WOODLANDS NATIONAL BANK | 7100-000 | 733,462.49 | 49,122.49 | 49,122.49 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $940,059.78 | $504,803.78 | $504,803.78 | $0.00 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 18-32352 | WJF | Judge: | William J. Fisher | Trustee Name: | John A. Hedback |
| Case Name: | THE TRIESCH GROUP, LLC | | | | Date Filed (f) or Converted (c): | 07/25/2018 (f) |
| | | | | | 341(a) Meeting Date: | 08/20/2018 |
| For Period Ending: | 05/07/2021 | | | | Claims Bar Date: | 01/13/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Inventory - Soda | 500.00 | 500.00 | | 0.00 | FA |
| 2. Inventory and Supplies | 750.00 | 750.00 | | 0.00 | FA |
| 3. Merchanidise rachs & other equipment | 17,362.43 | 17,362.43 | | 0.00 | FA |
| 4. Dell Computer | 100.00 | 100.00 | | 0.00 | FA |
| 5. Service Station & Convenience Store | 1,050,000.00 | 1,050,000.00 | | 1,150,000.00 | FA |
| 6. 400 Acres Land in Askov, MN | 373,800.00 | 373,800.00 | OA | 0.00 | FA |
| 7. XCEL ENERGY REFUND        (u) | 347.72 | 347.72 | | 347.72 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $1,442,860.15   $1,442,860.15         $1,150,347.72   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Askov prop is being foreclosed.  Potential sale fell through.  Redemption period expires in the fall.  Tax returns will be completed at that time.  Trustee would hope to file the TFR in early 2021.  August 24, 2020,
Trustee is working to see land and bulding but issues continue to arise affecting closing of the sale.  Trustee is lowering the asking price for the Askov property.  Hopefully these sales con be completed in the near future and the estate can be closed in 2020.  October 10, 2019,

Trustee is still determining if there are assets available for the estate.  Hopefully the case can by closed by the end of 2019.  October 01, 2018, 04:12 pm

Initial Projected Date of Final Report (TFR): 08/30/2019      Current Projected Date of Final Report (TFR): 03/31/2021

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 18-32352  
Case Name: THE TRIESCH GROUP, LLC  
Taxpayer ID No: XX-XXX3739  
For Period Ending: 05/07/2021  

Trustee Name: John A. Hedback  
Bank Name: Axos Bank  
Account Number/CD#: XXXXXX1959  
Checking Account (Non-Interest Earn  
Blanket Bond (per case limit): $37,979,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/27/19 | | CHICAGO TITLE INSURANCE CO | PROCEEDS FROM SALE OF LAND | | $53,825.33 | | $53,825.33 |
| | | | Gross Receipts    $1,150,000.00 | | | | |
| | | WOODLANDS NATIONAL BANK WOODLANDS NATIONAL BANK | MTGE PAYMENT    ($783,748.76) | 4110-000 | | | |
| | | STOEBNER & PUSCH CHART LAPP LIBRA LAPP, LIBRA, STOEBNER & PUSCH CHARTERED | 2ND MTGE PAYMENT    ($154,172.00) | 4110-000 | | | |
| | | DOOLEY PETROLEUM DOOLEY PETROLEUM | DOOLEY PETROLEUM LIEN PYMT    ($85,661.35) | 4120-000 | | | |
| | | AEROTEK AEROTEK | AEROTEK LIEN PAYOFF    ($14,155.00) | 4120-000 | | | |
| | | MCA RECOVERY LLC IN TRUST FOR MCA RECOVERY LLC IN TRUST FORYELLOWSTONE CAPITAL | YELLOWSTONE CAPITAL PAYOFF    ($10,000.00) | 4110-000 | | | |
| | | CHICAGO TITLE INSURANCE CO CHICAGO TITLE INSURANCE CO | CLOSING EXPENSES    ($6,055.00) | 3520-000 | | | |
| | | CHISAGO COUNTY CHISAGO COUNTY | TAXES PAYABLE BY ESTATE    ($40,652.23) | 2820-000 | | | |
| | | CITY OF WYOMING CITY OF WYOMING | DELINQUENT UTILITIES    ($1,730.33) | 2420-000 | | | |
| | 5 | | Service Station & Convenience Store    $1,150,000.00 | 1129-000 | | | |
| 12/20/19 | 2001 | CSU PRODUCER RESOURCES INC | INSURANCE ACCT 3000406704 | 2420-000 | | $161.00 | $53,664.33 |
| 02/07/20 | 7 | ENERGY, XCEL | XCEL ENERGY REFUND | 1229-000 | $54.82 | | $53,719.15 |
| 06/01/20 | 2002 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS STREET NEW ORLEANS, LA 70139 | BOND #016018054 | 2300-000 | | $18.26 | $53,700.89 |
| 11/13/20 | 7 | ENERGY, XCEL | XCEL ENERGY REFUND | 1229-000 | $292.90 | | $53,993.79 |

Page Subtotals:    $54,173.05    $179.26

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 18-32352 | Trustee Name: John A. Hedback | |
| Case Name: THE TRIESCH GROUP, LLC | Bank Name: Axos Bank | |
| | Account Number/CD#: XXXXXX1959 | |
| | Checking Account (Non-Interest Earn | |
| Taxpayer ID No: XX-XXX3739 | Blanket Bond (per case limit): $37,979,000.00 | |
| For Period Ending: 05/07/2021 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/21/20 | 2003 | US TREASURY<br>US TREASURY | 2019 TAXES | 2810-000 | | $6,959.00 | $47,034.79 |
| 12/21/20 | 2004 | MN DEPT OF REVENUE<br>PO BOX 64447<br>ST PAUL, MN  55164 | 2019 TAXES | 2820-000 | | $5,642.00 | $41,392.79 |
| 03/03/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $41.78 | $41,351.01 |
| 03/05/21 | | Axos Bank<br>4350 La Jolla Village Dr, Suite 140<br>San Diego, CA 92122 | Service Charge Refund | 2600-000 | | ($41.78) | $41,392.79 |
| 03/26/21 | 2005 | John A. Hedback<br>2855 Anthony Lane So<br>St Anthony, MN  55418 | Distribution | | | $39,560.74 | $1,832.05 |
| | | John A. Hedback | Final distribution creditor account #   ($38,620.38) | 2100-000 | | | |
| | | John A. Hedback | Final distribution creditor account #   ($940.36) | 2200-000 | | | |
| 03/26/21 | 2006 | CLERK OF BANKRUPTCY COURT<br>200 US COURTHOUSE<br>316 N ROBERT ST.<br>ST PAUL, MN  55101 | Final distribution creditor account # | 2700-000 | | $121.02 | $1,711.03 |
| 03/26/21 | 2007 | CHERYL G WESLER<br>TIBBLE & WESLER CPA PC<br>2813 WEST MAIN ST<br>KALAMAZOO, MI 49006 | Distribution | | | $1,711.03 | $0.00 |
| | | CHERYL G WESLER | Final distribution creditor account #   ($1,574.62) | 3410-000 | | | |
| | | CHERYL G WESLER | Final distribution creditor account #   ($136.41) | 3420-000 | | | |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $54,173.05 | $54,173.05 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $54,173.05 | $54,173.05 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Page Subtotals: | $0.00 | $53,993.79 |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

Net $54,173.05 $54,173.05

Exhibit 9

Page Subtotals: $0.00 $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1959 - Checking Account (Non-Interest Earn | $54,173.05 | $54,173.05 | $0.00 |
|  | $54,173.05 | $54,173.05 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $1,096,174.67 |
|---|---|
| Total Net Deposits: | $54,173.05 |
| Total Gross Receipts: | $1,150,347.72 |

Page Subtotals: $0.00 $0.00